AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| RIDGE REALTY PROPERTIES, LLC <br><br> *Plaintiff(s)* <br> v. <br> CS 520SOUTH CAROLINE STREET, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00657-ADC ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     CS 520SOUTH CAROLINE STREET, LLC
1511 Eastern Ave
Baltimore, MD 21231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIEN M. PENN
PENN LAW FIRM, LLC
233 E. REDWOOD ST, SUITE 800G
BALITMORE, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/5/2025

*Deputy Clerk*